IN THE CIRCUIT COURT OF WEBSTER COUNTY, MISSISSIPPI

KAMIYUN SULLIVAN                                        PLAINTIFF

VS.                                            CAUSE NO.: 2018-37CVM

DALTON TURNER, BELLSOUTH
TELECOMMUNICATIONS, LLC d/b/a
AT&T MISSISSIPPI, DIRECTV, LLC,
ARI FLEET, LT, JOHN DOE PERSON(S) 1 - 5
and JOHN DOE ENTITY(IES) 1 - 5                            DEFENDANTS

## AMENDED COMPLAINT

(Trial by Jury Requested)

**COMES NOW** the Plaintiff, Kamiyun Sullivan, by and through counsel, and files this Amended Complaint against the Defendants, Dalton Turner, Bellsouth Telecommunications, LLC d/b/a AT&T Mississippi, DirecTV, LLC, Ari Fleet, LT, and in support thereof, would show unto this Honorable Court the following, to-wit:

### I. Parties

1.

The Plaintiff is an adult resident citizen of Webster County, who resides at 898 Long Branch Road, Eupora, Mississippi 39744.

2.

The Defendant, Dalton Turner, is an adult resident citizen of Tuscaloosa County, who may be served process at 18393 Arabian Drive, Vance, Alabama 35490.

3.

The Defendant, Bellsouth Telecommunications, LLC d/b/a AT&T Mississippi, is a foreign limited liability company licensed and authorized to do business in the State of Mississippi, whose state of incorporation is in Georgia. Bellsouth Telecommunications, LLC

**FILED**
WEBSTER COUNTY
SEP 20 2018
SHERRY F. HENDERSON, CIRCUIT CLERK
BY_____ D.C.

**EXHIBIT "A"**

d/b/a AT&T Mississippi may be served with process through its registered agent, C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi, 39232.

4.

The Defendant, DirecTV, LLC, is a foreign limited liability company licensed and authorized to do business in the State of Mississippi, whose state of incorporation is in California. DirecTV, LLC may be served with process through its registered agent, C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi, 39232.

5.

The Defendant, ARI Fleet, LT, is a foreign business trust licensed and authorized to do business in the State of Mississippi, whose state of incorporation is in Mississippi. ARI Fleet, LT, who may be served with process through its registered agent, C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi, 39232.

6.

John Doe Person(s) are any unknown persons who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as Defendants when their identities become known.

7.

John Doe Entity(ies) are any unknown companies who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as Defendants when their identities become known.

## II. Jurisdiction and Venue

8.

That this cause of action occurred or accrued in Webster County, Mississippi; and that, pursuant to the provisions of the Mississippi Code Ann. §11-11-3, this Court has jurisdiction.

## III. Basic Facts Giving Rise to Claim for Relief

9.

That on or about March 30, 2016, at approximately 4:53 p.m., Plaintiff, Kamiyun Sullivan, was operating his vehicle, more specifically a 2006 Toyota Avalon, in a westerly direction at the intersection of US Highway 15 and Natchez Trace Parkway in Webster County, Mississippi. At all times, Plaintiff drove the vehicle in a careful and prudent manner and in obedience to all applicable laws, ordinances and rules of the road.

10.

That on the same date and at the same time as hereinabove mentioned, Defendant, Dalton Turner, was operating a 2015 Ford T-150 AT&T commercial vehicle, registered by Defendant, ARI Fleet, LT, in a westerly direction at the intersection of US Highway 15 and Natchez Trace Parkway, when suddenly, carelessly, negligently and without warning, Defendant, Dalton Turner, vehicle rear-ended the Plaintiff's vehicle.

11.

That the impact of the Defendant's vehicle colliding with the Plaintiff's vehicle was so forceful and violent that it caused damage to Plaintiff's vehicle and caused Plaintiff to sustain serious bodily injury.

## IV. Negligence

12.

Plaintiff charges and alleges that at the time and on the occasion in question and

immediately prior there, Defendants owed Plaintiff the following duties:

(a) The duty to obey all traffic signs and signals;

(b) The duty to have kept such lookout as an ordinary and prudent person would have kept for his or her safety and the safety of other persons under the conditions existing immediately before and at the time and place of said collision;

(c) The duty to maintain proper control of his motor vehicle at all times and thus avoid injuring others or damaging their property;

(d) The duty to have decreased his speed when approaching an intersection and to yield the right of way;

(e) The duty to have made a reasonable effort to have operated his vehicle in a manner that would not have caused his motor vehicle to strike the automobile which Plaintiff was operating at the time of the collision;

(f) The duty not to have operated his motor vehicle at a dangerous and excessive rate of speed under the conditions existing immediately before and at the time and place of said collision;

(g) The duty not to have operated his motor vehicle in a careless and reckless manner under the conditions existing immediately before and at the time and place of said collision; and

(e) The duty to have operated his motor vehicle under the circumstances in a manner in which his motor vehicle would not cause injury to others or damage their property.

13.

Defendant, Dalton Turner, failed to perform and violated or breached all and singularly the duties he owed Plaintiff as set forth in the preceding paragraphs hereof and such failure,

violation and breach constituted negligence on the part of the Defendant, Dalton Turner, while driving the commercial vehicle.

14.

At all times relevant herein, Defendant, Dalton Turner, was an employee and agent of the Defendants, Bellsouth Telecommunications, LLC d/b/a AT&T Mississippi and/or DirecTV, LLC, and was acting within the course and scope of his employment with the Defendants, Bellsouth Telecommunications, LLC d/b/a AT&T Mississippi and/or DirecTV, LLC. As such, Bellsouth Telecommunications, LLC d/b/a AT&T Mississippi and/or DirecTV, LLC, is responsible for the negligent and tortious acts of Dalton Turner, pursuant to the doctrine *respondeat superior* and other applicable law.

15.

Defendant, Dalton Turner, at all times relevant hereto, had a duty to operate the vehicle he was driving in a safe, reasonable and prudent manner and such failure, violation and breach constituted negligence on the part of Defendants while driving his automobile. Plaintiff charges Defendants with negligence in that Defendants breached the aforesaid duties by failing to obey the laws of the State of Mississippi and by grossly, recklessly and wantonly disregarding the applicable laws and rules of the road. Defendants' negligence was the direct and proximate cause of the aforesaid collision and injuries to Plaintiff.

V. Damages

16.

That Plaintiff would further state that, as a direct and proximate result of the hereinabove acts of negligence and breaches of legal duties owed to him by the Defendants, Plaintiff has

suffered damages, including, but not limited to, the following:

(a) Past, present, and future physical pain and suffering;

(b) Past, present, and future emotional and mental pain and suffering;

(c) Hospital bills, doctor bills, prescription drug bills and other medical and medical-related expenses which have been incurred and which will continue to be incurred in the future;

(d) Temporary physical impairment and disability;

(e) Loss of enjoyment of life;

(f) Lost wages; and

(g) Property damage to Plaintiff's vehicle.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands a judgment of, from, and against the Defendants, jointly and severally, in an amount within the jurisdictional limits of this Court, to be determined at the trial of this cause, plus interest from the date of the filing of the original Complaint and all costs of court.

RESPECTFULLY SUBMITTED this, the 14th day of September, 2018.

Kamiyun Sullivan, Plaintiff

By: _____
Raju Aundrè Branson, His Attorney

Of Counsel:

Raju Aundrè Branson (MSB#99950)
Schwartz & Associates, P.A.
162 East Amite Street (39201)
Post Office Box 3949
Jackson, Mississippi 39207-3949
Telephone: 601-353-1215
Facsimile: 601-948-3822

FILED
WEBSTER COUNTY
SEP 20 2018
SHERRY B. HENDERSON, CIRCUIT CLERK
BY _____ D.C.