IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KAMIYUN SULLIVAN**                                                                                **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 1:18-CV-207-GHD-DAS**

**DALTON TURNER, BELLSOUTH
TELECOMMUNICATIONS, LLC d/b/a
AT&T MISSISSIPPI, DIRECTV, LLC, ARI
FLEET, LT, JOHN DOE PERSON(S) 1-5
and JOHN DOE ENTITY(IES) 1-5**                                             **DEFENDANTS**

---

## CORPORATE DISCLOSURE STATEMENT OF
## DIRECTV, L.L.C.

---

Pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendant, DirecTV, L.L.C., submits the following disclosure statement:

DIRECTV, LLC, a California limited liability company, is a wholly-owned subsidiary of DIRECTV Holdings, LLC. DIRECTV Holdings LLC, a Delaware limited liability company, is a wholly-owned subsidiary of The DIRECTV Group, Inc. The DIRECTV Group, Inc., a Delaware corporation, is jointly owned by Greenlady Corp. (56.9975%) and DIRECTV Group Holdings, LLC (43.0025%).

Greenlady Corp., a Delaware corporation, is a wholly-owned subsidiary of DIRECTV Group Holdings, LLC. DIRECTV Group Holdings, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of AT&T, Inc. AT&T Inc., a Delaware corporation, is a publicly traded company of the New York Exchange. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

Respectfully submitted this the 28th day of November, 2018.

             DIRECTV, LLC

             By: /s/David W. Upchurch
                DAVID W. UPCHURCH, MSB #10558
                dupchurch@upchurchpa.com

UPCHURCH & UPCHURCH, P.A.
P.O. DRAWER 2529
TUPELO, MS  38803-2529
TELEPHONE: 662.260.6950
FACSIMILE:   662-269.3713
*Attorneys for Defendant, DIRECTV, LLC*

## CERTIFICATE OF SERVICE

 I, David W. Upchurch, attorney for the Defendant, DIRECTV, LLC, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

 Raju Aundré Branson, Esq.
 Schwartz & Associates, P.A.
 162 East Amite Street (39201)
 Post Office Box 3949
 Jackson, MS  39207-3949
 abranson@1call.org

Dated this the 28th day of November, 2018.

              /s/David W. Upchurch
              DAVID W. UPCHURCH